■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GRAHAM, Also Known as PHILLIP WILLIAMS, Appellant. [749 NYS2d 722] —Judgment, Supreme Court, New York County (Laura Visitacion-Lewis, J.), rendered May 3, 2000, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the seventh degree, and sentencing him, as a second felony offender, to an aggregate term of 4½ to 9 years, unanimously affirmed.

The court's verdict was based on legally sufficient evidence and was not against the weight of the evidence. The People disproved defendant's agency defense beyond a reasonable

doubt (*see People v Herring*, 83 NY2d 780). The evidence, viewed as a whole, clearly warranted the conclusion that defendant was a participant in the drug-selling operation and had a working relationship with the other participant. Moreover, "there was no evidence that defendant had any other reason to risk arrest by assisting a total stranger in purchasing drugs" (*People v Elvy*, 277 AD2d 80, *lv denied* 96 NY2d 783). There is no basis for disturbing the court's determinations concerning the undercover officer's credibility. Concur—Mazzarelli, J.P., Rosenberger, Rubin and Gonzalez, JJ.